### ABIGAIL WINSLOW *vs.* DANIEL DRISKELL.

Evidence that neither of the parties to a deed understood its legal effect and operation a
the time of its delivery is inadmissible to defeat the deed.

WRIT OF ENTRY to recover a life estate in the premises described in the writ. Trial before *Thomas*, J., who signed the following bill of exceptions:

" The demandant produced a lease of the premises made to her by the tenant for and during the term of her natural life; and proved its execution. The tenant then admitted that there was the usual delivery of the instrument; but contended that there was no legal delivery in this case, for the reason that neither of the parties understood the legal effect of the instrument, or its operation; and offered to prove such to be the fact. But the court ruled such testimony to be incompetent, and instructed the jury to find a verdict for the demandant. And the tenant excepts."

*J. C. Stone*, for the tenant.

*R. C. Pitman*, for the demandant, was stopped by the court.

BY THE COURT. Nothing is better settled than the rule which precludes a party from proving that he misunderstood the legal effect of a written contract, which has been duly executed and delivered by him, where there is no allegation of fraud by which he was misled or deceived. *Exceptions overruled.*